IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT
COUNCIL OF SOUTHERN OHIO &
VICINITY BENEFIT TRUST, *et al.*,

    Plaintiffs,

vs.

G.M.A.B. LLC, *et al.*,

    Defendants.

Case No. 3:13cv00283

District Judge Walter Herbert Rice
Chief Magistrate Judge Sharon L. Ovington

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #68), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on August 19, 2014 (Doc. #68) is ADOPTED in full;

2. Defendant Harp Contractors, Inc. is enjoined from paying or delivering to the Defendant Colin M. Garrett, and any sole proprietorship, partnership, or corporate entity controlled by Mr. Garrett, any monies, goods, effects, assets, interest and/or properties due and owing to them, until such time as Judgment Creditors' Judgment and court costs accrued are paid in full;

3. Defendant Colin M. Garrett, and any sole proprietorship, partnership, or corporate entity controlled by Mr. Garrett, is enjoined from receiving any monies, goods, effects, assets, interest and/or properties due and owing them from Defendant Harp Contractors, Inc., until such time as Judgment Creditors' Judgment and court costs accrued are paid in full;

4. Defendant Colin M. Garrett, and any sole proprietorship, partnership, or corporate entity controlled by Mr. Garrett, shall pay and apply upon the Judgment all monies, goods, effects, assets, interest and properties due and to become due and payable as may be necessary to fully satisfy such Judgment; and,

5. This Court retains jurisdiction over this Case pending the Defendants' compliance with its orders.

_____
Walter Herbert Rice
United States District Judge