UNITED STATES FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT DAYTON

| | |
|---|---|
| **IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFIT TRUST,** *et al.* | CASE NO. 3:13-CV-00283 |
| Plaintiffs, | DISTRICT JUDGE WALTER H. RICE |
| v. | CHIEF MAGISTRATE JUDGE SHARON L. OVINGTON |
| **G.M.A.B. LLC,** *et al.* | **MOTION FOR A WRIT OF CONTINUING GARNISHMENT OF PERSONAL EARNINGS** |
| Defendants. | |

Judgment Creditors Iron Workers District Council of Southern Ohio & Vicinity Benefit, Pension, and Annuity Trusts ("Judgment Creditors") obtained a default judgment against Judgment Debtors Colin M. Garrett, Gary Maurer, G.M.A.B., LLC, American Builders-Steel Erectors, American Builders Holding Co. LLC, American Builders Design and Fabrication LLC, American Builders Union Steel Erectors LLC, American Builders General Contractors, LLC, American Builders Professional Painting Service LLC, and A B Roofing Outlet, LLC, (collectively the "Judgment Debtors") jointly and severally on December 2, 2013, for the sum of $247,495.76. While the Judgment Debtors have made no payments to satisfy the Judgment, the Judgment Creditors have collected against the Judgment through garnishments and from other sources. This Motion seeks the issuance of a Writ of Continuing Garnishment against Judgment Debtors Colin M. Garrett and Gary Maurer in the amount of $164,045.76. This Motion seeks the issuance of a Writ of Continuing Garnishment of Personal Earnings, pursuant to Ohio Revised Code Chapter 2716, *et seq.*, against Judgment Debtors Colin M. Garrett and Gary Maurer in the amount of $164,045.76.

Judgment Debtors Colin M. Garrett and Gary Maurer have formed a pattern of creating a corporation, loading said corporate entity with debt, and then dropping that corporation and forming a new corporate entity under which Judgment Debtors Colin M. Garrett and Gary Maurer operate. In order to avoid this shell game, Judgment Creditors request that this Court grant a Writ of Continuing Garnishment of Personal Earnings, pursuant to Ohio Revised Code Chapter 2716, *et seq.* upon John Doe Corporation, which is any sole proprietorship, partnership, or corporate entity controlled by the Judgment Debtors Colin M. Garrett and Gary Maurer. Such an order would be served upon Judgment Debtors Colin M. Garrett and Gary Maurer, as the people controlling John Doe Corporation.

John Doe Corporation, meaning all sole proprietorship, partnership, or corporate entity controlled by the Judgment Debtors Colin M. Garrett and Gary Maurer, which employed Judgment Debtors Colin M. Garrett and Gary Maurer during any pay period shall be ordered to submit a garnishment answer every pay period using the form Interim Report and Answer of Garnishee attached to this Motion along with the corresponding payment to the Court.

The address for Judgment Debtor Colin M. Garrett is 10726 Shaffer Road, Versailles, Ohio 45331. The address for Judgment Debtor Gary Maurer is 335 Sioux Street, P.O. Box 32, Fort Loramie, OH 45845. All known potential John Doe Corporations that may pay said Judgment Debtors a wage are:

American Builders-Steel Erectors
10726 Shaffer Road
Versailles, OH 45380

A.B. Fab and Erect LLC
10726 Shaffer Rd.
Versailles, Ohio 45380

2

American Builders Holding Co. LLC
501 Grey Ave
Greenville, OH 45331

American Builders Design and Fabrication LLC
501 Gray Ave
Greenville, OH 45331

American Builders Union Steel Erectors LLC
501 Gray Ave
Greenville, OH 45331

American Builders General Contractors LLC
501 Gray Ave
Greenville, OH 45331

American Builders Professional Painting Service LLC
501 Gray Ave
Greenville, OH 45331

A B Roofing Outlet LLC
501 Gray Ave
Greenville, OH 45331

G.M.A.B. L.L.C.
335 Sioux Street, P.O. Box 32
Fort Loromie, OH 45845

If Judgment Debtors Colin M. Garrett and Gary Maurer acquire or create a new entity to control, this order shall reach said John Doe Corporation as well.

**Dated April 29, 2015**                    Respectfully submitted,


                                             /s/ Matthew T. Hurm
                                            Joseph C. Hoffman, Jr., Esq. (Ohio Reg. No. 0056060)
                                            Joseph D. Mando, Esq. (Ohio Reg. No. 0082835)
                                            Matthew T. Hurm, Esq. (Ohio Reg. No. 0088818)
                                            Faulkner, Hoffman & Phillips, LLC
                                            20445 Emerald Parkway Drive, Suite 210
                                            Phone: (216) 781-3600
                                            Fax: (216) 781-8839
                                            Email: hoffman@fhplaw.com
                                            Email: mando@fhplaw.com
                                            Email: hurm@fhplaw.com

Counsel for Judgment Creditors

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2015 the foregoing Motion for Writ of Continuing Garnishment of Personal Earnings was filed electronically using the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's system.  Parties may access this filing through the Court's system.

In addition, paper copies of the foregoing have been mailed to the following via First Class U.S. Mail, at their last known addresses:

Colin M. Garrett
10726 Shaffer Road
Versailles, Ohio 45331

Gary Maurer
335 Sioux Street, P.O. Box 32
Fort Loramie, OH 45845

American Builders-Steel Erectors
10726 Shaffer Road
Versailles, OH 45380

A.B. Fab and Erect LLC
10726 Shaffer Rd.
Versailles, Ohio 45380

American Builders Holding Co. LLC
501 Grey Ave
Greenville, OH 45331

American Builders Design and Fabrication LLC
501 Gray Ave
Greenville, OH 45331

American Builders Union Steel Erectors LLC
501 Gray Ave
Greenville, OH 45331

American Builders General Contractors LLC
501 Gray Ave
Greenville, OH 45331

American Builders Professional Painting Service LLC
501 Gray Ave
Greenville, OH 45331

A B Roofing Outlet LLC
501 Gray Ave
Greenville, OH 45331

G.M.A.B. L.L.C.
335 Sioux Street, P.O. Box 32
Fort Loromie, OH 45845

        Respectfully submitted,


        /s/ Matthew T. Hurm
        Matthew T. Hurm, Esq. (Ohio Reg. No. 0088818)