# ORDER AND NOTICE OF GARNISHMENT
## AND ANSWER OF EMPLOYER- SECTION B

To:  U.S. District Court for the S.D. of Ohio
85 Marconi Boulevard
Office of the Clerk, Room 121
Columbus, Ohio 43215

Date of Mailing:  April 29, 2015
Case No.:  3:13-CV-00283

| Iron Workers District Council of Southern Ohio and Vicinity Benefit Trust, et al. | | G.M.A.B. LLC, et al. |
|---|---|---|
| Judgment Creditor | vs. | Judgment Debtor |

| Colin M. Garrett |
|---|
| I.D. For Judgment Debtors |

## SECTION B. ANSWER OF EMPLOYER (GARNISHEE)

(An employer is one who is required to withhold payroll taxes out of payments of personal earnings made to the judgment debtor.)

**GARNISHEE:** (Answer all pertinent questions)

Now comes _____, the employer (garnishee) herein, who says:

1.  This order of garnishment of personal earnings was received on:  **1.** _____

2.  The judgment debtor is in my/our employ:  **2. Yes_____ No_____**

If answer is "No," give **date** of last employment_____  If **never employed**, check here____

3a.  Is the debt to which this order of garnishment of personal earnings pertains the subject of an existing agreement for debt scheduling between the judgment debtor and a budget and debt counseling service and has the judgment debtor made every payment that was due under the agreement for debt scheduling no later than forty-five(45) days after the date on which the payment was due?  **3a.Yes_____ No_____**

If the answer to both parts of this question is "YES," give all available details of the agreement, sign this form, and return it to the court.

**Details of Agreement:** _____

_____

3b.  Were you, on the date that you received this order of garnishment of personal earnings, withholding moneys from the judgment debtor's personal disposable earnings pursuant to another order of garnishment of personal earnings that Ohio or federal law provides with a higher priority than this order of garnishment of personal earnings (such as a **support order or Internal Revenue Service levy**)?  **3b. Yes_____ No_____**

If yes, please disclose:

**Name of Court:**  _____

**Associated Case Number:**  _____

**Date Received:**  _____

**Balance Due:**  _____

Order and Notice of Garnishment- O.R.C. 2716.05

3c.  Did you receive prior to the date that you received this order of garnishment of personal earnings one or more other orders of garnishment of personal earnings that are not described in question 3(B), and are you currently processing one or more of those orders for the statutorily required time period or holding one or more of those orders for processing for a statutorily required period in the sequence of their receipt by you?  **3c. Yes**_____ **No**_____

If yes, please disclose:

**Name of Court:**  _____

**Associated Case Number:**  _____

**Date Received:**  _____

**Balance Due:**  _____

**I certify that the statements above are true.**

_____  Signed:  _____
Print Name of Employer  Signature of Employer or Employer's Agent

_____  Date:  _____
Print Name and Title of Person Who Completed Form  Date This Form Was Completed

Section A of the form described in this section shall be completed before service. Section B of the form shall be completed by the garnishee, and the garnishee shall file one completed and signed copy of the form with the clerk of the court as the garnishee's answer.

The garnishee may keep one completed and signed copy of the form and shall deliver the other completed and signed copy of the form to the judgment debtor not later than the time that the garnishee otherwise would pay the judgment debtor the personal earnings that the garnishee instead is paying to the court. The garnishee also shall deliver at that time the two copies of the notice to the judgment debtor form and of the request for hearing form described in section 2716.06 of the Revised Code that were served on the garnishee.
No employer shall discharge an employee solely because of the successful garnishment of the employee's personal earnings by only one judgment creditor in any twelve-month period.

If several affidavits seeking orders of garnishment of personal earnings are filed against the same judgment debtor in accordance with section 2716.03 of the Revised Code, the court involved shall issue the requested orders in the same order in which the clerk received the associated affidavits.

The garnishee also shall be served with a copy of the employer guide to processing continuous orders of garnishment at the same time that the forms as provided in this section are served upon the garnishee.

Order and Notice of Garnishment- O.R.C. 2716.05