# REQUEST FOR HEARING ON PERSONAL EARNINGS

To:     Colin M. Garrett                          Date of Mailing: April 29, 2015
           10726 Shaffer Road                     Case No. 3:13-CV-00283
           Versailles, OH 45331                  U.S. District Court for the S. D. of Ohio

|  |  |
|---|---|
| Iron Workers District Council of Southern Ohio and Vicinity Benefit Trust, et al. | G.M.A.B. LLC, et al. |
| Judgment Creditor | Judgment Debtor |

vs.

I ***dispute*** the judgment creditor's right to garnish my personal earnings in the above case and request that a hearing in this matter be held no later than twelve days after delivery of this request to the court.

I **do** ☐ / **do not** ☐ (check one) feel that the need for a hearing is an emergency.

I dispute the judgment creditor's right to garnish my personal earnings for the following reasons (optional):

|  |
|---|
|  |

# I UNDERSTAND THAT NO OBJECTIONS TO THE JUDGMENT ITSELF WILL BE CONSIDERED AT THE HEARING.

| | |
|---|---|
| *Print Name of Judgment Debtor* | *Signature of Judgment Debtor* |
| *Judgment Debtor's Address* | *Date* |
| *City, State Zip* | *(Area Code) (Phone Number)* |

WARNING: IF YOU DO NOT DELIVER THIS REQUEST FOR HEARING OR A REQUEST IN A SUBSTANTIALLY SIMILAR FORM TO THE OFFICE OF THE CLERK OF THIS COURT WITHIN (5) BUSINESS DAYS OF YOUR RECEIPT OF IT, YOU WAIVE YOUR RIGHT TO A HEARING, AND SOME OF YOUR PERSONAL EARNINGS WILL BE PAID TO THE JUDGMENT CREDITOR IN SATISFACTION OF YOUR DEBT TO THE JUDGMENT CREDITOR.

**GARNISHEE/EMPLOYER MUST DELIVER TWO COPIES OF THE *REQUEST FOR HEARING ON PERSONAL EARNINGS FORM* TO JUDGMENT DEBTOR/EMPLOYEE UPON RECEIPT.**

Request for Hearing on Personal Earnings- O.R.C. 2716.06(B)