# INTERIM REPORT AND ANSWER OF GARNISHEE

To: U.S. District Court for the S.D. of Ohio    Date of Mailing:    April 29, 2015
85 Marconi Boulevard      Case No.:    3:13-CV-00283
Office of the Clerk, Room 121
Columbus, Ohio 43215

| Iron Workers District Council of Southern Ohio and Vicinity Benefit Trust, et al. | vs. | G.M.A.B., LLC, et al. |
|---|---|---|
| Judgment Creditor | | Judgment Debtor |

| *Attorney/Judgment Creditor* | *Atty. I.D. No.* |
|---|---|
| Matthew T. Hurm | #0088818 |
| *Address* | |
| 20445 Emerald Parkway Drive, Suite 210 | |
| *City, State Zip* | *Phone No.* |
| Cleveland, OH 44135 | (216) 781-3600 |

The garnishee    __John Doe Corporation__    in the above case states as follows:

1. The date that the garnishee received the order of the judgment debtor's personal earnings was _____.

2. The total probable amount due on the judgment, including court costs, judgment interest, and, if applicable, prejudgment interest, as stated in either section A of the order of garnishment of the judgment debtor's personal earnings or in the affidavit of current balance due on garnishment order if that affidavit has been received subsequent to the order of garnishment, is: $ _____.

3. The pay period of the judgment debtor is (enter weekly, biweekly, semimonthly, or monthly. Do not enter a pay period of more than one month) _____.

4. The disposable earnings of the judgment debtor earned during the judgment debtor's present pay period ("disposable earnings" means earnings after deductions required by law. "Present pay period" means the pay period for which you are completing this INTERIM REPORT AND ANSWER OF GARNISHEE.) is: $ _____.

5. The amount equal to twenty-five per cent (25%) of the judgment debtor's disposable earnings set forth in section 4 of this form is: $ _____.

6. Times the current federal minimum hourly wage is (if the judgment debtor is paid weekly, enter thirty above, if paid biweekly, enter sixty, if paid semimonthly, enter sixty-five, if paid monthly, enter one hundred thirty, then calculate the amount.) $ _____.

7. The amount by which the amount in section 4 of this form exceeds the amount in section 6 of this form is: $ _____.

Payments on continuous order of garnishment of personal earnings- O.R.C. 2716.07

8. The smallest of either the amount entered in section 5 of this form, the amount entered in section 7 of this form, or the amount entered in section 2 of this form, is: $_____.

9. The amount entered in section 8 of this form, plus or minus (as appropriate) the garnishee's processing fee is $_____ (if the amount entered in section 8 of this form equals the amount entered in section 2 of this form, then add up to three dollars ($3); otherwise subtract up to three dollars ($3)).

10. Other deductions $11. The calculated amount that has been withheld from the judgment debtor's personal earnings during the judgment debtor's present pay period and that is submitted with this "INTERIM REPORT AND ANSWER OF GARNISHEE" is $ _____.

I certify that the statements above are true.

_____
*PRINT Name of Employer*

_____
*Signature of Person Completing Form*

_____
*PRINT Name of Person Completing Form*

_____
*Date This Form Was Completed*

_____
*PRINT Title of Person Who Completed This Form*

**PLEASE NOTE: YOU MUST MAKE MULTIPLE COPIES OF THIS FORM, AS A NEWLY COMPLETED COPY OF THIS FORM MUST BE SENT WITH EACH PAYMENT.**

Payments on continuous order of garnishment of personal earnings- O.R.C. 2716.07