# ORDER AND NOTICE OF GARNISHMENT

## AND ANSWER OF EMPLOYER- **SECTION B**

To:    U.S. District Court for the S.D. of Ohio          Date of Mailing:      April 29, 2015
       85 Marconi Boulevard                              Case No.:             3:13-CV-00283
       Office of the Clerk, Room 121
       Columbus, Ohio 43215

| Iron Workers District Council of Southern Ohio and Vicinity Benefit Trust, et al. | vs. | G.M.A.B., LLC, et al. |
|---|---|---|
| Judgment Creditor | | Judgment Debtor |

The garnishee, _____**John Doe Corporation**_____ in the above case states as follows:

1.   The date that the garnishee received the order of garnishment of the judgment debtor's personal earnings was:

2. The total probable amount due on the judgment, including court costs, judgment interest, and, if applicable, prejudgment interest, as stated in section A of the order of garnishment of the judgment debtor's personal earnings, is $................

3. The total amount that has been withheld from the judgment debtor's personal disposable earnings and paid to the court while the order of garnishment of the judgment debtor's personal earnings remained in effect is $................

4. (When applicable) the total probable amount due on the judgment (as stated in 2 above) is not equal to the total amount that has been withheld (as stated in 3 above), and the reason for that difference is that the order of garnishment of the judgment debtor's personal earnings ceased to be in effect for the following statutorily prescribed reason(s) (check whichever apply):

(a) ..... A municipal or county court appointed a trustee for the judgment debtor and issued an order that stays the order of garnishment of the judgment debtor's personal earnings.

(b) ..... A federal bankruptcy court issued an order that stays the order of garnishment of the judgment debtor's personal earnings.

(c) ..... A municipal or county court or a court of common pleas issued another order of garnishment of personal earnings that relates to the judgment debtor and a different judgment creditor, and Ohio or federal law provides the other order a higher priority. (Set forth the name of the court that issued the higher priority order, the associated case number, the date that the higher priority order was received, and the balance due to the relevant judgment creditor under that order):

...........................................................................................................................

(d) ..... A municipal or county court or a court of common pleas issued another order of garnishment of personal earnings that relates to the judgment debtor and a different judgment creditor and that is not described in 4(c) above. (Set forth the name of the court that issued the subsequently received order, the associated case number, the date that the subsequent order was received, and the balance due to the relevant judgment creditor under that order):

Order and Notice of Garnishment- O.R.C. 2716.05

..............................................................................................................................

..............................................................................................................................

(e) ..... The judgment creditor or judgment creditor's attorney has issued a request that the order of garnishment be terminated and the garnishee released from the mandates of the order of garnishment.

(f) ..... Judgment debtor's employment terminated on: .................................................

(g) ..... Other:

.........................................................................................................

I certify that the statements above are true.

..................................................................

(Print Name of Employer)

..................................................................

(Print Name and Title of Person who Completed Form on behalf of the Employer)

Signed ........................................................................

(Signature of Employer or Employer's Agent)

Dated this ....... day of .........., ......"

(B) One copy of the final report and answer shall be served upon the garnishee in accordance with section 2716.05 of the Revised Code. The garnishee shall use the final report and answer in accordance with division (A) of this section and division (C)(5) of section 2716.041 of the Revised Code.