IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IRON WORKERS DISTRICT
COUNCIL OF SOUTHERN OHIO
& VICINITY BENEFIT TRUST, *et al.*,

    Judgment Creditors,

v.

G.M.A.B., LLC, *et al.*,

    Judgment Debtors.

Case No. 3:13-cv-283

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #161); SUSTAINING IN PART AND OVERRULING IN PART JUDGMENT CREDITORS' MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS (DOC. #160); AWARDING $ 48,317.88 IN ATTORNEYS' FEES AND COSTS

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington in her Report and Recommendations, Doc. #161, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although Judgment Debtors were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Accordingly, the Judgment Creditors' Motion for Reasonable Attorneys' Fees and Costs, Doc. #160, is SUSTAINED IN PART and OVERRULED IN PART.

Judgment Creditors are awarded $45,868.88 in reasonable attorneys' fees, plus $2,449.00 in costs, a total of $48,317.88.

Date: May 11, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE