UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IRON WORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY BENEFITS TRUST, et al., | : : : : | Case No. 3:13-cv-00283 District Judge Walter H. Rice Magistrate Judge Sharon L. Ovington |
| Plaintiffs, | : : | |
| vs. | : : : | |
| G.M.A.B. LLC, et al., | : : : | |
| Defendants. | : | |

---

**DECISION AND ENTRY: THE REPORT AND RECOMMENDATIONS DOCKETED ON JUNE 8, 2020 (Doc. #177) IS ADOPTED IN FULL; COLIN M. GARRETT IS FOUND IN CONTEMPT OF THE COURT'S MARCH 9, 2017 ORDER; IN ADDITION TO THE JUDGMENT AND ATTORNEY FEES PREVIOUSLY ENTERED AGAINST COLIN M. GARRETT (Doc. #18), JUDGMENT IS ENTERED AGAINST COLIN M. GARRETT FOR THE AMOUNT OF REASONABLE ATTORNEY FEES AND COSTS—$48,317.88—PREVIOUSLY ASSESSED AGAINST (Doc. #163) HIM DUE TO HIS CONTINUING AND CURRENT CONTEMPT**

---

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #177), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on June 8, 2020 (Doc. #177) is ADOPTED in full;

2. Colin M. Garrett is found in contempt of the Court's March 9, 2017 Order;

3. In addition to the Judgment and attorney fees previously entered against Colin M. Garrett (Doc. #18), Judgment is entered against Colin M. Garrett for the amount of reasonable attorney fees and costs—$48,317.88—previously assessed against (Doc. #163) him due to his continuing and current contempt.

**IT IS SO ORDERED.**

9-2-2020

Walter H. Rice
United States District Judge